## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AZALIA SOTO | § | |
| | § | |
| VS. | § | CA #: 2:18-cv-6 |
| | § | |
| WAL-MART STORE #791 AND WAL-MART STARCO, LLC. | § § § | JURY DEMANDED |

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Please take notice that Defendants, Wal-Mart Store #791 and Wal-Mart Starco, LLC, hereby remove to the Court the state action described below.

1. On November 29, 2017, a civil action was commenced, in the 79th District Court of Jim Wells County, Texas, entitled *Azalia Soto v. Wal-Mart Store #791 and Wal-Mart Starco, LLC,* Cause No. 17-10-57673-CV. A copy of Plaintiff's Original Petition is attached hereto as **Exhibit A.**

2. Service of summons and complaint was made on Defendants, Wal-Mart Store #791 and Wal-Mart Starco, LLC by serving their registered agent, C.T. Corporation System, by certified mail on December 6, 2017. A copy of the Citation is attached hereto as **Exhibit B.**

3. Defendants have filed a Verified Original Answer, which is attached as **Exhibit C**, a Jury Demand, which is attached as **Exhibit D** and a Notice of Filing of Removal to Federal Court, attached as **Exhibit E.** Defendants have attached all process, pleadings, and orders in the State Court action as required by 28 U.S.C. 1446(a).

4. Defendants have attached a copy of the docket sheet as **Exhibit F.**

### JURISDICTION AND VENUE

5. The action is a civil action of which this Court has original jurisdiction under Title 28 U.S.C. § 1332 (Diversity Jurisdiction), and is one which may be removed to this Court

pursuant to Title 28 U.S.C. § 1441. There is complete diversity of citizenship amongst the parties. Defendant, Wal-Mart Store #791 is a common name and not a legal entity. Defendant, Walmart Starco, LLC is not a legal entity. Neither Defendants are proper as indicated by the filing of our Verified Answer in State Court (*See* Exhibit C), and both Defendants are improperly joined. Defendants, Wal-Mart Store #791 and Wal-Mart Starco, LLC deny being general partnerships based in Texas. Neither Defendant is a citizen of Texas as they are not legal entities.

6. The proper entity who is the possessor and operator of the premises where the alleged incident occurred is Wal-Mart Stores Texas, LLC. Although not named as a Defendant, Wal-Mart Stores Texas, LLC, upon proper joinder and appearance, is not a Texas citizen. Wal-Mart Stores Texas, LLC is a limited liability company formed under the laws of Delaware, with its principal place of business in Arkansas.[1] Plaintiff is a Texas citizen, with her residence in Jim Wells County, Texas.

7. The amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs. Plaintiff has pled that her damages are "over $200,000.00..." (*See page 2 of Plaintiff's Original Petition*)

8. Venue is proper in the Southern District of Texas, Corpus Christi Division because this District and Division embrace the place in which the action is pending.

---

[1] The sole member of Wal-Mart Stores Texas, LLC is Wal-Mart Real Estate Business Trust. Wal-Mart Real Estate Business Trust is a Delaware statutory trust with its principal place of business in Arkansas. The sole unit holder of Wal-Mart Real Estate Business Trust is Wal-Mart Property Co. which is a wholly owned subsidiary of Wal-Mart Stores East, LP. Wal-Mart Property Co. is a corporation formed under the laws of the State of Delaware with its principal place of business in the State of Arkansas. Wal-Mart Stores East, LP is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. WSE Management, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. WSE Investment, LLC is a Delaware limited liability company, and has its principal place in Bentonville, Arkansas. The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC. (f/k/a Wal-Mart Stores East, Inc.), whose parent company is Wal-Mart Stores, Inc. Wal-Mart Stores East, LLC is a limited liability company formed under the laws of the State of Arkansas, and has its principal place of business in the State of Arkansas. The sole member of Wal-Mart Stores East, LLC is Wal-Mart Stores, Inc. Walmart Stores, Inc. is a corporation incorporated under the laws of the State of Arkansas, with its principal place of business in Arkansas.

Dated: January 5, 2018

Respectfully submitted,

DAW & RAY, LLP

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III; SBN: 05594050
Email: wbdaw@dawray.com
James K. Floyd; SBN: 24047626
Email: jfloyd@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, Texas 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by Electronic Service on the 5th day of January, 2018.

Arnold G. Gonzalez                                                          Email: agonz@gllawfirm.com
GONZALEZ & LOPEZ, L.L.P.
5959 Staples, Suite 205
Corpus Christi, Texas 78413

/s/ *Willie Ben Daw, III*
Willie Ben Daw, III

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| AZALIA SOTO | § § | |
| VS. | § § | CA #: |
| WAL-MART STORE #791 AND WAL-MART STARCO, LLC. | § § § | JURY DEMANDED |

### INDEX OF DOCUMENTS FILED WITH REMOVAL ACTION

(A) Plaintiff's Original Petition

(B) Citation

(C) Defendants' Verified Original Answer

(D) Defendants' Jury Demand

(E) Notice of Filing of Removal to Federal Court

(F) Docket Sheet

(G) List of Counsel of Record